UNITED STATES BANKRUTPCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

Thomas E. Monks

Debtor

CHAPTER 13
CASE NO. 10-13809FJB

# DEBTOR'S MOTION TO CONVERT CASE TO A PROCEEDING UNDER CHAPTER 7 OF THE UNITED STATES BANKRUPTCY CODE

Now comes Thomas E. Monks, Debtor (hereinafter "Debtor") in the above referenced Chapter 13 proceeding, and file this his motion to convert his case to a proceeding under Chapter 7 of the United States Bankruptcy Code and would show this court as follows:

1. Debtor initiated a proceeding under Chapter 13 of the United States Bankruptcy Code on April 9, 2010.

2. Debtor has determined it is in his best interest to convert his case to a proceeding under Chapter 7. Debtor has a serious delinquency on mortgage payments and will not be able to cure without a loan modification.

WHEREFORE, Debtor moves this Honorable Court to allow him to convert his pending Chapter 13 proceeding to a case under Chapter 7 of the United States bankruptcy Code and for such other relief as is equitable and just.

DATED: December 22, 2014

Respectfully submitted,

/s/Gail M. Lareau

Gail M. Lareau, Esq., BBO # 286820
583 Chestnut Street, Suite 7A
Lynn, MA 01904
(781) 595-3535
gail@gaillareaulawoffice.com

UNITED STATES BANKRUTPCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

Thomas E. Monks
Debtor

CHAPTER 13
CASE NO. 10-13809FJB

CERTIFICATE OF SERVICE

I, Gail M. Lareau, state that on December 22, 2014, I electronically filed the foregoing Motion to Convert Case to Proceeding Under Chapter 7 with the United States Bankruptcy Court for the District of Massachusetts using the CM/ECF System. I served the foregoing document on the following CM/ECF participants:

John Fitzgerald, Esq., Office of the United States Trustee
Carolyn Bankowski, Esq., Chapter 13Trustee

I certify that I have mailed on December 22, 2014 by first class mail, postage prepaid the documents electronically filed with the Court, including Motion to Convert Case to Proceeding Under Chapter 7 on the following non CM/ECF participants:

/s/ Gail M. Lareau
Gail M. Lareau, Esq.
BBO # 286820
583 Chestnut Street, Suite 7A
Lynn, MA 01904
(781) 595-3535
gail@gaillareaulawoffice.com

Thomas E. Monks
34 Perley St.
Lynn, MA 01905

US Trustee's Office
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Massachusetts Department of Revenue
Bankruptcy Unit
P.O. Box 9564
Boston, MA 02114

Astoria Federal Savings
211 Station Rd.
Mineola, NY 11501

HFC
P.O. Box 3425
Buffalo, NY 14240

Julia A. Richards
34 Perley Street
Lynn, Ma 01905

Orlans Moran
P.O. Box 540540
Waltham, MA 02452