# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
## Proceeding Memorandum/Order

**In Re:** Thomas E Monks

**Case/AP Number** 10-13809 **-FJB**
**Chapter** 13

#91 Motion filed by Debtor Thomas E Monks to Convert Case to Chapter 7

**COURT ACTION:**

_________Hearing held
_________Granted __________Approved ___________Moot
_________Denied __________Denied without prejudice __________Withdrawn in open court
_________Overruled __________Sustained
_________Continued to_____________________________________________
_________Proposed order to be submitted by ______________________________
_________Stipulation to be submitted by_________________________________
_________No appearance by ______________________________________
Show Cause Order __________Released ___________Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

Granted: This case is hereby converted to one under chapter 7 of the Bankruptcy Code pursuant to 11 U.S.C. § 1307(a).

IT IS SO ORDERED:



____________________________________Dated: 12/22/2014

Frank J. Bailey
United States Bankruptcy Judge